## COMMONWEALTH *vs.* MICHAEL SULLIVAN.

An indictment under the Gen. Sts. *c. 161,* § *85,* for wilfully and maliciously "injuring" dresses, can be maintained without an averment that they were destroyed, although the evidence shows that they were so injured as to be unfit for further use, and worthless as dresses.

INDICTMENT, in Suffolk, under the Gen. Sts. *c.* 161, § 85,* charging that the defendant did wilfully and maliciously injure four dresses and five skirts by wilfully and maliciously cutting and tearing each of them into many pieces, whereby they were all greatly damaged and injured.

---

* "Whoever wilfully and maliciously destroys or injures the personal property of another in any manner or by any means not particularly described or mentioned in this chapter, shall be punished," &c.

At the trial in the superior court, before *Putnam*, J., there was evidence that the dresses and skirts were greatly injured by being cut and torn, so that they were unfit for further use, and worthless as dresses and skirts in their then condition. The defendant requested the judge to instruct the jury that if, upon this evidence, they found that the articles were destroyed, they should acquit the defendant. The judge declined so to rule, on the ground that the evidence did not show that the articles were destroyed. The jury returned a verdict of guilty, and the defendant alleged exceptions.

*P. R. Guiney*, for the defendant.

*C. Allen*, Attorney General, (*J. C. Davis*, Assistant Attorney General, with him,) for the Commonwealth.

BY THE COURT. The jury were properly authorized to convict the defendant on the ground that the goods were injured.

*Exceptions overruled.*